UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

Allan Lewis

        v.                        Case No. 09-cv-422-PB

NH Judicial Branch, et al

O R D E R

After due consideration of the objection filed, I herewith approve the Report and Recommendations of Magistrate Judge Muirhead dated December 16, 2009, for the reasons set forth therein.  Case dismissed with prejudice.

    SO ORDERED.

January 4, 2010                       /s/ Paul Barbadoro
                                                Paul Barbadoro
                                                United States District Judge

cc:    Allan Lewis, Pro se